[No. 26152-9-II.  Division Two.  March 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRI L. FOX, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-02209-4, John A. McCarthy, J., entered June 29, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Hunt, JJ.

[No. 26274-6-II.  Division Two.  March 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN JOSE HINOJOSA-MORENO, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-00447-5, James E. Warme, J., entered August 4, 2000. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 26294-1-II.  Division Two.  March 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LOUIS RAY DAVIS, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-00713-5, Terry D. Sebring, J., entered October 13, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 26596-6-II.  Division Two.  March 22, 2002.]

MARVIN E. WEBSTER, ET AL., *Appellants*, v. MAYME HUNT, *as Personal Representative, Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-06280-4, Vicki L. Hogan, J., entered September 29, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Seinfeld and Bridgewater, JJ.